WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In the Matter of: | No. CV-13-02133-PHX-ROS |
|---|---|
| Logan T. Johnston, III, | BK No. 2:10-bk-06221 SSC |
| Debtor. | **ORDER** |
| United States of America, Internal Revenue Service, | |
| Appellant, | |
| v. | |
| Logan T. Johnston III, | |
| Appellee. | |

The United States of America requests the Court "order publication of its opinion and Order in this case." (Doc. 19 at 2). No response was filed. The request will be granted. Accordingly,

**IT IS ORDERED** the Motion to Publish Order of September 25, 2014 (Doc. 19) is **GRANTED**. The Court has forwarded the Order for placement in the appropriate databases.

Dated this 7th day of November, 2014.

Honorable Roslyn O. Silver
Senior United States District Judge